179 So. 208

**Owen. BROADFOOT v. STATE ex rel. Robt. T. SIMPSON, Jr., Solicitor, et al.**

8 Div. 844.

Supreme Court of Alabama.

Feb. 10, 1938.

Bradshaw & Barnett, of Florence, for appellant.

A. A. Carmichael, Atty. Gen., for appellee.

PER CURIAM.

Affirmed on authority of Barnett v. State ex rel. Simpson, ante, p. 326, 179 So. 208.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.